IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEXTER WELLS**             **PLAINTIFF**

**v.**             **No. 4:21CV141-DAS**

**NATHAN BURL CAIN, ET AL.**             **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion and final judgment entered this day, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED**, this, the 23rd day of November, 2021.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE